IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 4:07CR3018 |
| ) | |
| vs. ) | ORDER FOR DISMISSAL |
| ) | |
| VICTOR MANUEL CARRILLO-ORDONEZ, ) | |
| ) | |
| Defendant. ) | |

Pursuant to Motion of the United States (Filing No. 57), pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Indictment against Victor Manuel Carrillo-Ordonez ONLY.

IT IS ORDERED that the Motion to Dismiss the Indictment (Filing No. 57) is granted.

Dated this 23rd day of March, 2015.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge